**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Brandon Paree Christopher

Appellate case number:   01-20-00170-CV

Trial court case number: 200618875

Trial court:             309th District Court of Harris County

      This Court issued an order on February 25, 2020 striking relator's brief. We withdraw the order.

      It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                             Acting individually


Date: <u>March 24, 2020</u>